# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: HARRY SHAFFER & BRENDA K. SHAFFER            Case Number: 05-77749
202 LINDA AVENUE              SSN-xxx-xx-1301 & xxx-xx-7270
ROCHELLE, IL  61068

Case filed on: 10/16/2005
Plan Confirmed on: 3/23/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $17,642.64      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY JACQUELINE MONTVILLE | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | HARRY SHAFFER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICREDIT | 14,100.00 | 14,100.00 | 9,120.82 | 2,078.16 |
| 002 | MIDFIRST BANK | 796.31 | 796.31 | 796.31 | 0.00 |
| | Total Secured | 14,896.31 | 14,896.31 | 9,917.13 | 2,078.16 |
| 001 | AMERICREDIT | 2,797.79 | 2,797.79 | 100.15 | 0.00 |
| 003 | AFNI/VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIED BUSINESS ACCOUNTS INC | 284.00 | 284.00 | 0.00 | 0.00 |
| 005 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | B-LINE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 3,229.42 | 3,229.42 | 115.60 | 0.00 |
| 010 | BAY AREA CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BOOKS ARE FUN, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BUSINESSMEN CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CABRERA & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COLLECTION PROFESSIONALS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDITORS BANKRUPTCY SERVICE | 632.37 | 632.37 | 22.64 | 0.00 |
| 018 | C.B.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | C.B.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | C.B.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DIVERSIFIED CONSULTANTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | COLLECTION PROFESSIONALS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 2,064.48 | 2,064.48 | 73.90 | 0.00 |
| 024 | ENHANCED RECOVERY CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | EXPERIAN INFORMATION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CREDITORS BANKRUPTCY SERVICE | 389.10 | 389.10 | 0.00 | 0.00 |
| 028 | GROLIER COLLECTIBLES LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | HAMES O. HEY, JR., DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | HEALTH CARE BILLING SERVICES | 292.84 | 292.84 | 0.00 | 0.00 |
| 031 | ROUNDUP FUNDING LLC | 1,120.02 | 1,120.02 | 40.09 | 0.00 |
| 032 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | KENNETH B. DROST, ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | LTD FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MEDCHOICE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | MIDFIRST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | CREDITORS BANKRUPTCY SERVICE | 513.92 | 513.92 | 18.40 | 0.00 |
| 038 | NANCY SUE WILLIAMS, M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ONYX ACCEPTANCE CORP | 13,770.24 | 13,770.24 | 492.91 | 0.00 |
| 040 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | OSI PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | RADIOLOGISTS, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | RCS CENTRE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | ROCHELLE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ROCHELLE MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | ROCKFORD MERCANTILE AGENCY INC | 7,975.57 | 7,975.57 | 285.49 | 0.00 |
| 047 | SHAFFER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | SIMM ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | SPRINT BANKRUPTCY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | STATE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 051 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | UW HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | AFNI/VERIZON WIRELESS | 457.98 | 457.98 | 16.39 | 0.00 |
| 056 | ALLIED BUSINESS ACCOUNTS INC | 8,159.18 | 8,159.18 | 292.06 | 0.00 |
| 057 | MUTUAL MANAGEMENT SERVICES | 7,732.38 | 7,732.38 | 276.77 | 0.00 |
| | Total Unsecured | 49,419.29 | 49,419.29 | 1,734.40 | 0.00 |
| | Grand Total: | 67,179.60 | 67,179.60 | 14,515.53 | 2,078.16 |

Total Paid Claimant:      $16,593.69
Trustee Allowance:        $1,048.95
Percent Paid Unsecured:        3.51

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  <u>11/01/2007</u>                By  <u>/s/Heather M. Fagan</u>